

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00174-CV

TOM MADDUX, INDIVIDUALLY AND
DBA LOST PRAIRIE CYCLES; AKA
THOMAS EARL MADDUX,

                    **Appellant**

v.

MICHAEL D. REID,

                    **Appellee**

### From the 87th District Court
### Limestone County, Texas
### Trial Court No. 29,549-A

## O R D E R

A supplemental reporter's record was filed on November 10, 2014. The reporter's record is now complete.

Notwithstanding that appellant, Tom Maddux, had filed several briefs before they were due because a complete record had not been filed, appellant has sought an extension of time in which to file his brief. That motion is granted. Appellant's brief is due December 22, 2014.

Any brief filed before the reporter's record was completed is stricken.


PER CURIAM


Before Chief Justice Gray,
Justice Davis, and
Justice Scoggins
Motion granted
Briefs stricken
Order issued and filed November 20, 2014

